appeals from the judgments on both convictions.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

Bernard H. DORENKAMP, Sr.,
Petitioner/Appellant,

v.

DIRECTOR OF REVENUE, Respondent.

No. 73404.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 15, 1998.

Terry J. Flanagan, Benicia Baker–Livorsi, St. Louis, for petitioner/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Motorist appeals from the judgment of the Circuit Court of St. Louis County, which upheld the Director of Revenue's decision that he had refused to take a breathalyzer test. Motorist claims that he was not given

twenty minutes to contact an attorney, pursuant to section 577.041 RSMo (Cum.Supp. 1996). Motorist also claims that the police lacked reasonable grounds to believe he was driving while intoxicated.

No error of law appears, and a written opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).